**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE A. PAYTON and ROY ESTEBAN MENDOZA,<br><br>        Plaintiff,<br><br>    v.<br><br>HERZLICH & BLUM, LLP;<br>HERZLICH & BLUM, LLP, Attorneys-At-Law;<br>ALLAN HERZLICH;<br>SUNRISE SENIOR LIVING MANAGEMENT, INC.;<br>and DOES 1 to 10;<br><br>        Defendant. | Case No.  CV-16-3894-R<br><br>**ORDER OF DISMISSAL** |

    THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if the settlement is not consummated.  IT IS FURTHER ORDERED that all dates set in this action are hereby vacated.  The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated  December 22, 2016

                                       MANUEL L. REAL<br>                                  United States District Judge